## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Specialty Risk of America

                                              Plaintiff,

v.                                                                               Case No.: 1:22−cv−03263

                                                                              Honorable Robert M. Dow Jr.

Badger Mutual Insurance Company

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 14, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff's motion for voluntary dismissal [5] filed on 7/14/2022 is granted. This case is dismissed without prejudice, and with each party to bear its own costs. Civil case terminated. Notice of motion date of 8/2/2022 is stricken and no appearances are necessary on that date. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.